1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
4  Social Security Administration
   160 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: (415) 977-8825
6  Facsimile: (415) 744-0134
   Email: Jennifer.Tarn@ssa.gov
7
   Attorneys for Defendant
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GAIL E. PORTER, | ) |
| | ) Case No. 2:15-CV-00661-JCM-NJK |
| Plaintiff, | ) |
| | ) **NOTICE OF CHANGE OF ATTORNEY** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

///
///
///
///
///
///
///
///

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

> Jennifer Lee Tarn
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105
> Telephone: (415) 977-8825
> Facsimile: (415) 744-0134
> Email: Jennifer.Tarn@ssa.gov

**SAUSA April A. Alongi should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: March 23, 2016

DANIEL G. BOGDEN
United States Attorney

*/s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

**IT IS SO ORDERED.**

Dated: March 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, Jennifer Lee Tarn, certify that the following individual was served with a copy of the **NOTICE OF CHANGE OF ATTORNEY** on the date and via the method of service identified below:

**United States Postal Service:**

Gail E. Porter
1825 E. Lewis St., Apt. 255
Las Vegas, NV 89101

DATED: March 23, 2016

                                              */s/ Jennifer Lee Tarn*
                                              JENNIFER LEE TARN
                                              Special Assistant United States Attorney