# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL E. PORTER,<br><br>            Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant(s). | Case No. 2:15-cv-00661-JCM-NJK<br><br>ORDER TO SHOW CAUSE |

Pending before the Court is its Order to Show Cause why this case should not be dismissed for failure to file a motion for reversal and/or remand. Docket No. 26. On March 11, 2016, Plaintiff filed a response. Docket No. 27. Plaintiff represents that she was unable to comply with this Court's prior orders because she was homeless and in poor health. *Id*. She represents that she has now found "a place to live" and that she intends to comply with this Court's orders. *Id*.

The Court discharges its Order to Show Cause, and grants Plaintiff a final opportunity to file a motion for reversal and/or remand. Plaintiff shall submit her motion for reversal and/or remand no later than May 16, 2016. Failure to comply will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

DATED: April 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge