# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL E. PORTER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00661-JCM-NJK |

Pending before the Court is Plaintiff's motion for order to show cause. Docket No. 31. It appears Plaintiff's filing is a response to the Court's Order to Show Cause at Docket No. 26, as it states: "I don't want this case to be [dismissed] because I need the help." *Id*. at 2. The Court has already discharged its Order to Show Cause and granted Plaintiff until May 16, 2016, to file her motion for reversal and/or remand. Docket No. 30. Accordingly, Plaintiff's motion for an order to show cause is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge