# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL E. PORTER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00661-JCM-NJK<br><br>ORDER |

　　　　This case involves judicial review of administrative action by the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for disability insurance benefits. Pending before the Court is Plaintiff's motion for reversal and/or remand. Docket No. 33. The Commissioner filed a response in opposition. Docket No. 35. The Commissioner also filed a cross-motion to affirm. Docket No. 34.

　　　　On December 30, 2015, Plaintiff filed new medical evidence, which was subsequently sealed, pursuant to the Local Rules, as it contained personal identifiers. Docket No. 24. Plaintiff's filing contains no proof of service. *See id.* There is no indication that the Commissioner is aware of this evidence. *See, e.g.*, Docket No. 34 at 2 (omitting mention of new evidence in case's procedural history).

　　　　Accordingly, the Clerk's Office shall make Plaintiff's filing, Docket No. 24, accessible to the Commissioner. The Commissioner shall then state whether it objects to the Court's consideration of this newly submitted evidence no later than July 29, 2016.

　　　　IT IS SO ORDERED.

　　　　DATED: July 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge